# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 26, 2025

Lyle W. Cayce
Clerk

No. 25-50057
CONSOLIDATED WITH
No. 25-50060

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

LEONARDO ENRIQUE TIJERINA-AVILA,

*Defendant—Appellant*.

Appeals from the United States District Court
for the Western District of Texas
USDC Nos. 4:24-CR-311-1, 4:23-CR-2-1

Before STEWART, GRAVES, and OLDHAM, *Circuit Judges*.

PER CURIAM:*

The Federal Public Defender appointed to represent Leonardo Enrique Tijerina-Avila has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Tijerina-Avila has not filed a response. We have reviewed counsel's brief and the relevant portions of the

---

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-50057
c/w No. 25-50060

record reflected therein. We concur with counsel's assessment that the consolidated appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeals are DISMISSED. *See* 5TH CIR. R. 42.2.